**ALLYNE R. ROSS**
**UNITED STATES DISTRICT JUDGE**

August 16, 2004

Judge Mary M. Lisi, Chair
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

Re: Calendar Year 2003 Filing

Dear Judge Lisi:

The paragraphs below are numbered to correspond to the numbered paragraphs in your letter of August 4, 2004:

1.    A, div.; none; A, div.

2.    Partial.

3.    Column D regarding the first: 529 Plan Conversion, 11-14, L, none. Columns B and C regarding the second: None, J, T.

Very truly yours,

Allyne R. Ross
United States District Judge

| 1. Person Reporting (Last name, First name, Middle initial) <br> ROSS, ALLYNE R | 2. Court or Organization <br> EASTERN DISTRICT OF NEW YORK | 3. Date of Report <br> 6/2/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) <br><br> U.S. DISTRICT JUDGE (ACTIVE) | 5. ReportType (check appropriate type) <br><br> ( ) Nomination, Date <br><br> ( ) Initial  (•) Annual  ( ) Final | 6. Reporting Period <br> 1/1/2003 <br> to <br> 12/31/2003 |
| 7. Chambers or Office Address <br> U.S. DISTRICT COURT, EDNY <br> 225 CADMAN PLAZA EAST <br> BROOKLYN, NY 11201 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. <br><br> Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS.  (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE**  - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS.  (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE**  - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

2005 JUN 14 P 3: 12 RECEIVED FINANCIAL DISCLOSURE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom
☐ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1.    2002 | Self -Employed (law firm partner) | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)
☐ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE  - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE  - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE  - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |



| | Name of Person Reporting | Date of Report |
|---|---|---|
| | ROSS, ALLYNE R | 6/2/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Trust # 1 | NONE | | J | W | | | | | |
| 2. IRA # 1 | E | div & int | O | T, U | | | | | |
| 3. -Time Warner (formerly AOL Time Warner) | | | | | | | | | |
| 4. -Applied Materials | | | | | | | | | |
| 5. -Bank of New York | | | | | | | | | |
| 6. -Barr Laboratories | | | | | sell | 4-9 | J | B | |
| 7. -Cisco Systems | | | | | | | | | |
| 8. -Dreyfus Liquid Assets | | | | | | | | | |
| 9. -Amgen Inc. | | | | | sell | 10-20 | J | D | |
| 10. -Ericsson | | | | | | | | | |
| 11. -General Electric | | | | | sell | 7-22 | J | NONE | |
| 12. -American Express | | | | | buy | 5-12 | J | | |
| 13. -Citigroup | | | | | buy | 12-31-01 | J | | INADVERTENTLY OMITTED FROM PREVIOUS REPORT |
| 14. -Comcast | | | | | buy | 2-28-02 | J | | " - " |
| 15. -Comcast | | | | | buy | 11-25-02 | J | | " - " |
| 16. -Conoco Philips | | | | | buy | 12-26-02 | J | | " - " |
| 17. -Costco | | | | | buy | 5-27 | J | | |
| 18. -Costco | | | | | buy | 8-21 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = $More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 6/2/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. -Intel | | | | | sell | 7-22 | J | NONE | |
| 20. -IBM | | | | | | | | | |
| 21. -Intl. Bancshares | | | | | sell | 7-23 | J | D | partial sale |
| 22. -Intl. Bancshares | | | | | sell | 9-10 | J | B | " " |
| 23. -JDS Uniphase | | | | | | | | | |
| 24. -Microsoft | | | | | buy | 7-23 | J | | |
| 25. -Semitool Inc. | | | | | | | | | |
| 26. -Wal-mart | | | | | | | | | |
| 27. -John Hancock Bank Fund | | | | | | | | | |
| 28. -EIX Trust | | | | | | | | | |
| 29. -WMX Tech. Notes | | | | | | | | | |
| 30. -Gucci | | | | | sell | 11-18 | K | NONE | |
| 31. -Home Depot | | | | | sell | 9-10 | J | C | |
| 32. -Baxter Intl. | | | | | buy | 7-11 | J | | |
| 33. -Baxter Intl. Preferred | | | | | buy | 7-28 | J | | |
| 34. -Bristol Myers Squibb | | | | | sell | 10-13 | J | NONE | |
| 35. -Viacom | | | | | | | | | |
| 36. -Nasdaq 100 Series Trust | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-S2,500 | C = $2,501-S5,000 | D = $5,001-S15,000 | E = S15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50.001-S100,000 | G = $100,001-S1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-S50,000 | L = $50,001-S100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = S250,000-$500,000 | O = $500,001-S1,000,000 | P1 = $1,000,001-S5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than S50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 6/2/2004 |

## VII. INVESTMENTS and TRUSTS  – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. -Associated Estates Realty | | | | | sell | 4-29 | J | NONE | |
| 38. -L-3 Communications | | | | | buy | 9-23 | J | NONE | |
| 39. -Nortel Networks | | | | | sell | 7-18 | J | B | |
| 40. -Schering Plough | | | | | sell | 7-15 | J | NONE | |
| 41. -Sun Microsystems | | | | | sell | 7-18 | J | NONE | |
| 42. -Travelers | | | | | sell | 9-10 | J | A | |
| 43. -American Electric Power Preferred | | | | | sell | 11-19 | K | D | |
| 44. -American General Preferred | | | | | | | | | |
| 45. -ING Preferred | | | | | | | | | |
| 46. -AT & T Wireless | | | - | | buy | 9-5 | J | | |
| 47. -Bank of America Corp. | | | | | buy | 10-28 | K | | |
| 48. -DuPont | | | | | buy | 10-25-02 | J | | INADVERTENTLY OMITTED FROM PREVIOUS REPORT |
| 49. -Enterprise Prods Partners | | | | | buy | 11-13 | K | | |
| 50. -Fifth Third Bancorp | | | | | buy | 5-7 | J | | |
| 51. -G Tech Holdings | | | | | buy | 11-25 | J | | |
| 52. -Johnson & Johnson | | | | | buy | 10-21 | J | | |
| 53. -Kaneb Pipeline Ptnrs Preferred | | | | | buy | 5-5 | K | | |
| 54. -Lockheed Martin | | | | | buy | 7-25 | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 6/2/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 55. -Verizon Communications | | | | | buy | 2-25-02 | J | | INADVERTENTLY OMITTED FROM PREVIOUS REPORT |
| 56. -Verizon Communications | | | | | sell | 7-25-03 | J | NONE | |
| 57. -Exxon Mobil | | | | | buy | 10-18-02 | J | | INADVERTENTLY OMITTED FROM PREVIOUS REPORT |
| 58. -Exxon Mobil | | | | | sell | 7-23 | J | NONE | |
| 59. -Rite Aid | | | | | buy | 9-23 | J | | |
| 60. -Texas Instruments | | | | | buy | 4-17 | J | | |
| 61. -Wells Fargo | | | | | buy | 2-20-02 | J | | INADVERTENTLY OMITTED FROM PREVIOUS REPORT |
| 62. -Putnam Premier Income Trust | | | | | buy | 12-10-03 | K | | |
| 63. -Andrx Group | | | | | buy | 9-10 | J | | |
| 64. -Jones Apparel | | | - | | buy | 4-25 | J | | |
| 65. -Jones Apparel | | | | | sell | 6-6 | J | A | |
| 66. -JP Morgan Chase | | | | | buy | 9-5 | K | | |
| 67. -JP Morgan Chase | | | | - | sell | 11-19 | K | A | |
| 68. -Equity Office Properties Trust | | | | | buy | 11-12 | J | | |
| 69. -Equity Office Properties Trust | | | | | sell | 12-26 | J | NONE | |
| 70. IRA #2 | A | div & int. | K | T, U | | | | | |
| 71. -Saving Acct. at Citibank | | | | | | | | | |
| 72. -Smith Barney Money Fund | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. -Kaiser Group Intl. | | | | | | | | | |
| 74. -Alliance Bernstein (formerly Alliance) Technology Fund | | | | | | | | | |
| 75. -Smith Barney Premier Selections Fund | | | | | | | | | |
| 76. -Smith Barney Large Cap Growth Fund | | | | | | | | | |
| 77. -Tennessee Valley Authority Strips | | | | | | | | | |
| 78. -Trust 2 | B | div. | M | U | | | | | |
| 79. -T. Rowe Price Short-Term Bond Fund | | | | | | | | | |
| 80. -T. Rowe Price Small-Cap Value Fund | | | | | | | | | |
| 81. -T. Rowe Price Developing Technologies Fund | | | | | | | | | |
| 82. -T. Rowe Price Value Fund | | | - | | redemption | 12-4 | M | D | |
| 83. -T. Rowe Price Capital Opportunity Fund | | | | | buy | 12-4 | M | | |
| 84. -Citibank Checking Account | | | | | | | | | |
| 85. Vanguard Limited-Term Tax Exempt Fund | D | div. | J | U | redemption | 1-7 | M | B | |
| 86. Vanguard Tax-Exempt Money-Market Fund | A | div. | F | U | buy | 4-3 | F | | |
| 87. Walt Disney Co. | A | div. | J | T | | | | | |
| 88. Smith Barney Adjustable Rate Income Fund | A | div. | J | U | buy | 6-26 | J | | |
| 89. Smith Barney Adjustable Rate Income Fund | | | | | redeem | 7-21 | J | NONE | |
| 90. Smith Barney Adjustable Rate Income Fund | | | | | redeem | 10-20 | J | NONE | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 6/2/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code<br>1 (A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 91. Smith Barney Municipal N.Y. Money Market Fund | A | div. | J | U | | | | | |
| 92. T. Rowe Price Uniform Gift to Minor Account | B | div. | M | U | | | | | |
| 93. -T. Rowe Price Growth Stock Fund | | | | | | | | | |
| 94. -T. Rowe Price International Discovery Fund | | | | | | | | | |
| 95. -T. Rowe Price Japan | | | | | | | | | |
| 96. T. Rowe Price Small Cap Stock Fund | | | | | buy | 1-29 | J | | |
| 97. Trust #3 | NONE | | | | | | | | |
| 98. -Aggressive Growth Portfolio | | | | | | | | | See Part VIII |
| 99. Citibank Checking Account | NONE | | J | T | | | | | |
| 100. Citibank Checking Account | A | int. | K | T | | | | | |
| 101. Citibank Checking Account | A | int. | J | T | | | | | |
| 102. Vanguard Municipal Money Market Fund | A | div. | L | U | | | | | VARIOUS PURCHASES T REDEMPTIONS, NO GAIN |
| 103. Bernstein Emerging Markets Portfolio | B | div. | M | U | buy | 12-5 | J | | |
| 104. Bernstein New York Municipal Portfolio | C | div. | M | U | sell | 2-27 | K | A | |
| 105. Bernstein New York Municipal Portfolio | | | | | buy | 10-17 | K | | |
| 106. 1% Ownership in Building in Detroit, Mich. | A | rent | J | W | | | | | |
| 107. Supervalu Inc. | A | div. | J | T | | | | | |
| 108. Altria Group (formerly Philip Morris) | A | div. | J | T | sell | 2-27 | J | C | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50.001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50.001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   (See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 6/2/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 109. Cigna Corp. | | | | | sell | 10-14 | J | D | |
| 110. Cash Balance at Sanford Bernstein & Co. | A | int. | K | T | | | | | |
| 111. Cabot Corp. | | | | | sell | 1-6 | J | C | |
| 112. Eastman Chemical | | | | | sell | 2-27 | J | NONE | |
| 113. Thomas & Betts | NONE | | J | T | | | | | |
| 114. Anheuser Busch | A | div. | J | T | | | | | |
| 115. Fleet Boston Financial | A | div. | J | T | sell | 9-29 | J | NONE | partial sale |
| 116. Grand Central Holdings | NONE | | J | W | | | | | |
| 117. General American Investors | A | div. | J | T | | | | | |
| 118. Sears Roebuck & Co. | A | div. | J | T | sell | 5-27 | J | A | partial sale |
| 119. Sears Roebuck & Co. | | | | | buy | 1-3 | J | | |
| 120. Arrow Electronics | NONE | | J | T | sell | 3-19 | J | NONE | partial sale |
| 121. Genuine Parts Co. | A | div. | J | T | sell | 2-27 | J | A | partial sale |
| 122. Whirlpool Corp. | A | div. | J | T | sell | 2-27 | J | A | partial sale |
| 123. VF Corp. | A | div. | J | T | sell | 2-27 | J | A | partial sale |
| 124. Occidental Petroleum | A | div. | J | T | sell | 2-21 | J | D | partial sale |
| 125. Lyondell | A | div. | | | sell | 9-25 | J | A | |
| 126. Tech Data Corp. | NONE | | J | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   (See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 6/2/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 127. Conoco Philips | A | div. | K | T | sell | 2-27 | J | NONE | partial sale |
| 128. Burlington Northern Santa Fe | A | div. | J | T | sell | 2-27 | J | NONE | partial sale |
| 129. Georgia Pacific Corp. | A | div. | | | sell | 6-2 | J | NONE | |
| 130. Bank of America | A | div. | K | T | sell | 2-25 | J | C | |
| 131. Health Net | NONE | | | | sell | 2-27 | J | B | |
| 132. Hewlett Packard | A | div. | K | T | | | | | |
| 133. Lear Corp. | A | div. | J | T | | | | | |
| 134. Lehman Bros. Holdings | A | div. | J | T | | | | | |
| 135. National City Corp. | A | div. | J | T | sell | 2-27 | J | NONE | partial sale |
| 136. Norfolk Southern | A | div. | K | T | sell | 2-27 | J | A | |
| 137. May Department Stores | A | div. | J | T | | | | | |
| 138. Wachovia | A | div. | J | T | sell | 2-27 | J | B | partial sale |
| 139. Washington Mutal | A | div. | J | T | sell | 7-16 | J | B | partial sale |
| 140. Dow Chemical | A | div. | | | sell | 2-27 | J | A | |
| 141. American International Group | A | div. | K | T | buy | 2-28 | J | | |
| 142. Amgen Inc. | NONE | | K | T | buy | 2-28 | J | | |
| 143. Citigroup | A | div. | K | T | buy | 2-28 | J | | |
| 144. Comcast | NONE | | K | T | buy | 2-28 6-13 8-6 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000.001-$50,000.000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = $More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 6/2/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 145. Cardinal Health | NONE | | | | sell | 4-17 7-15 7-31 | J | NONE | |
| 146. Cardinal Health | | | | | buy | 2-28 | J | | |
| 147. Dell Computer | NONE | | K | T | buy | 6-20 10-6 | J | | |
| 148. Goldman Sachs | A | div. | K | T | buy | 2-28 | J | | |
| 149. General Electric | A | div. | K | T | buy | 2-28 | J | | |
| 150. Intel Corp | A | div. | K | T | buy | 3/7 | J | | |
| 151. Johnson & Johnson | A | div. | J | T | buy | 2-28 9-30 | J | | |
| 152. Kohls | NONE | | J | T | buy | 2-28 | J | | |
| 153. Lowes Companies | A | div. | K | T | buy | 2-28 | J | | |
| 154. MBNA Corp. | A | div. | K | T | buy | 2-28 | J | | |
| 155. Medtronic | A | div. | J | T | buy | 8-3 | J | | |
| 156. Microsoft | A | div. | K | T | buy | 2-28 5-6 | J | | |
| 157. Nokia | A | div. | K | T | buy | 2-28 | J | | |
| 158. Proctor & Gamble | A | div. | J | T | | | | | |
| 159. United Health Group | A | div. | K | T | buy | 2-28 | J | | |
| 160. Viacom | A | div. | K | T | buy | 2-28 8-6 | J | | |
| 161. Torchmark | A | div. | J | T | | | | | |
| 162. Wal-mart | A | div. | K | T | buy | 2-28 6-20 | J | | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | ROSS, ALLYNE R | 6/2/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 163. Walgreen | A | div. | J | T | buy | 2-28 | J | | |
| 164. Cooper Industries | A | div. | J | T | | | | | |
| 165. Chubb | A | div. | K | T | | | | | |
| 166. Corning | NONE | | K | T | sell | 9-8 | J | D | partial sale |
| 167. Leggett & Platt | A | div. | | | sell | 7-22 | J | B | |
| 168. Nortel Networks | NONE | div. | J | T | sell | 4-21 | J | NONE | partial sale |
| 169. Golden West Financial | A | div. | | | sell | 2-27 | J | A | |
| 170. Ingram Micro | NONE | | J | T | | | | | |
| 171. Metlife | A | div. | J | T | | | | | |
| 172. PPL Corp. | A | div. | J | T | | | | | |
| 173. Pulte | A | div. | | | sell | 9-18 | J | B | |
| 174. Qwest Communications | NONE | | | | sell | 6-10 10-30 | J | NONE | |
| 175. SBC Communciations | A | div. | J | T | | | | | |
| 176. Valero Energy | A | div. | J | T | | | | | |
| 177. Pfizer Inc. | A | div. | K | T | buy | 2-28 | J | | |
| 178. Tellabs Inc. | NONE | | J | T | sell | 10-17 | J | NONE | partial sale |
| 179. Sprint | NONE | | J | T | | | | | |
| 180. Freddie Mac | NONE | | | | sell | 6-11 | K | NONE | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 6/2/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 181. Glaxo Smith Kline | A | div. | J | T | | | | | formerly Glaxo |
| 182. Bernstein Tax-Managed International Value Portfolio | D | div. | N | U | sell | 2-27 | K | NONE | |
| 183. Fannie Mae | A | div. | J | T | buy | 6-20 10-31 | K | | |
| 184. Ebay | NONE | | J | T | buy | 9-9 | J | | |
| 185. Electronic Arts Inc. | NONE | | J | T | buy | 10-6 12-4 | J | | |
| 186. Maxim | NONE | | J | T | buy | 11-14 | J | | |
| 187. Merrill Lynch | NONE | | J | T | buy | 12-4 | J | | |
| 188. Progressive | NONE | | J | T | buy | 8-6 | J | | |
| 189. Veritas Software | NONE | | J | T | buy | 10-7 | J | | |
| 190. CSX Corp | A | div. | J | T | buy | 6-10 | J | | |
| 191. Flextronics | NONE | | J | T | buy | 8-6 | J | | |
| 192. Guidant Corp. | A | div. | J | T | buy | 11-7 | J | | |
| 193. Magna International | NONE | | J | T | buy | 12-10 | J | | |
| 194. American Electric Power | B | div. | K | T | | | | | |
| 195. Partnerre Ltd. | A | div. | J | T | buy | 2-26 | J | | |
| 196. Pepsico | NONE | | J | T | buy | 10-7 | J | | |
| 197. Renaissance Holdings | A | div. | J | T | buy | 6-3 | J | | |
| 198. Sprint | A | div. | J | T | buy | 4-8 7-8 | J | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   (See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R | 6/2/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 199. Safeway | NONE | | J | T | buy | 2-25 | J | | |
| 200. Verizon Communications | A | div. | J | T | buy | 7-31 8-18 | J | | |
| 201. Wyeth | A | div. | J | T | buy | 7-24 | J | | |
| 202. Cisco Systems | NONE | | K | T | buy | 3-3 | J | | |
| 203. | | | | | | | | | |
| 204. | | | | | | | | | |
| 205. | | | | | | | | | |
| 206. | | | | | | | | | |
| 207. | | | | | | | | | |
| 208. | | | | | | | | | |
| 209. | | | | | | | | | |
| 210. | | | | | | | | | |
| 211. | | | | | | | | | |
| 212. | | | | | | | | | |
| 213. | | | | | | | | | |
| 214. | | | | | | | | | |
| 215. | | | | | | | | | |
| 216. | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50.001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000.001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = $More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

Part VII, p.1, line l— Unfunded except for term life insurance.

Part VIII, p.6, line 89 —On November 14, 2003, this investment was converted by the New York College Savings Program from the NAA Equity Fund to the Aggressive Growth Portfolio.



| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | ROSS, ALLYNE R | 6/2/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ Date ___June 5, 2004___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)



```
                    FILING INSTRUCTIONS

         Mail signed original and 3 additional copies to:

              Committee on Financial Disclosure
              Administrative Office of the United States Courts
              Suite 2-301
              One Columbus Circle, N.E.
              Washington, D.C.  20544
```